ACCEPTED
01-15-00635-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/21/2015 4:14:11 PM
CHRISTOPHER PRINE
CLERK

## COURT OF APPEALS FOR THE FIRST DISTRICT OF TEXAS
## HOUSTON, TEXAS

| | |
|---|---|
| **THE STATE OF TEXAS,** ) | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| ) | |
| **Plaintiff-Appellee,** ) | 12/21/2015 4:14:11 PM |
| ) | CHRISTOPHER A. PRINE |
| ) **CAUSE NO.** | Clerk |
| **v** ) **01-15-00635-CR** | |
| ) | |
| **RUBEN MALDONADO,** ) | |
| ) | |
| **Defendant-Appellant.** ) | |
| ) | |

### THIRD MOTION FOR EXTENSION OF TIME TO FILE BRIEF IN CONTEMPLATION OF DISMISSAL

Appellant, Ruben Maldonado, hereby moves this Court to extend the time in which to file his opening brief in this case to January 23, 2016. In support of this motion, Mr. Maldonado sets forth the following facts and circumstances:

1. Mr. Maldonado's opening appellate brief is currently due in this case on December 23, 2015. Two previous extensions have been requested and granted.

2. Counsel has concluded his review of the full record in this case and was unable to locate any meritorious issues on which to base an appeal. At this point, Mr. Maldonado could dismiss the appeal, proceed *pro se* or have counsel prepare an *Anders* brief.

3. It is anticipated based on counsel's communications with Mr. Maldonado's relatives that Mr. Maldonado will dismiss the appeal, however, counsel has still not

received Mr. Maldonado's consent for the dismissal.

4. Counsel requests more time so Mr. Maldonado can determine how he would like to proceed. It appears, however, that it is likely that this appeal will be dismissed.

WHEREFORE, Appellant, Ruben Maldonado, respectfully requests this Court to extend the time by which to file his opening brief in this case to December 23, 2015.

Respectfully submitted,

/s/ F. Clinton Broden
F. Clinton Broden
Tx. Bar 24001495
Broden, Mickelsen, Helms & Snipes, LLP
2600 State Street
Dallas, Texas 75204
214-720-9552
214-720-9594 (facsimile)

Attorney for Defendant
Ruben Maldonado

## CERTIFICATE OF SERVICE

I,  F. Clinton Broden, certify that on December 21, 2015,  I caused a copy of the above document to be mailed by first class mail, postage prepaid, on the Harris County District Attorney's Office, 1201 Franklin Street, Suite 600, Houston, Texas 77002-1923.

/s/ F. Clinton Broden
F. Clinton Broden